**APPEAL**

# U.S. Bankruptcy Court
## Eastern District of New York (Central Islip)
### Adversary Proceeding #: 8-12-08371-reg

*Assigned to:* Robert E. Grossman  
*Lead BK Case:* [12-74600](#)  
*Lead BK Title:* Ahron Berlin  
*Lead BK Chapter:* 7  
*Demand:*

*Date Filed:* 09/24/12

*Nature[s] of Suit:* 68 Dischargeability - 523(a)(6), willful and malicious injury

*Plaintiff*
-----------------------

| | |
|---|---|
| **Elliot Zaretsky**<br>2 Bay Club Drive<br>Bayside, NY 11360 | represented by **Robert Hewitt**<br>240 Mineola Blvd<br>The Esposito Building<br>Mineola, NY 11501<br>Email: rhewitt@msssv.com<br>*LEAD ATTORNEY*<br><br>**Brian J Hufnagel**<br>Forchelli, Curto, Deegan,<br>Schwartz, Mineo & Terrana, LLP<br>The Omni<br>333 Earle Ovington Boulevard, Suite 1010<br>Uniondale, NY 11553<br>(516) 248-1700<br>Fax : (516) 248-1729<br>Email: BHufnagel@forchellilaw.com<br><br>**Michael G McAuliffe**<br>68 South Service Road<br>Suite 100<br>Melville, NY 11747<br>631 465-0044<br>Email: mgmlaw@optonline.net<br>*TERMINATED: 10/30/2013*<br><br>**Michael A Miranda**<br>Miranda Sambursky Slone et al<br>240 Mineola Boulevard<br>Mineola, NY 11501<br>516-741-7676<br>Fax : 516-741-9060<br>Email: mmiranda@msssv.com |

*TERMINATED: 11/21/2014*

*Plaintiff*
-----------------------
**Maxi-Aids, Inc.**          represented by **Robert Hewitt**
    (See above for address)
    *LEAD ATTORNEY*

    **Brian J Hufnagel**
    (See above for address)

    **Michael A Miranda**
    (See above for address)
    *TERMINATED: 11/21/2014*

*Plaintiff*
-----------------------
**Shirley Zaretsky**          represented by **Robert Hewitt**
    (See above for address)
    *LEAD ATTORNEY*

    **Brian J Hufnagel**
    (See above for address)

    **Michael A Miranda**
    (See above for address)
    *TERMINATED: 11/21/2014*

*Plaintiff*
-----------------------
**Harold Zaretsky**          represented by **Robert Hewitt**
    (See above for address)
    *LEAD ATTORNEY*

    **Brian J Hufnagel**
    (See above for address)

    **Michael A Miranda**
    (See above for address)
    *TERMINATED: 11/21/2014*

V.

*Defendant*
----------------------
**Ahron Berlin**          represented by **Ahron Berlin**

1909 New York Ave  
Brooklyn, NY 11210  
SSN / ITIN: xxx-xx-1787

PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 09/24/2012 | 1 (136 pgs; 9 docs) | Adversary case 8-12-08371. Complaint by Elliot Zaretsky against Ahron Berlin. Fee Amount $293. Nature(s) of Suit: (68 (Dischargeability - 523(a)(6), willful and malicious injury)). (Attachments: # 1 Exhibit A part 1# 2 Exhibit A part 2# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G) (McAuliffe, Michael) (Entered: 09/24/2012) |
| 09/25/2012 | 2 (1 pg) | Summons and Notice of Pre-Trial Conference issued by Clerk's Office against Ahron Berlin Answer Due: 10/25/2012 Pre-Trial Conference set for 11/7/2012 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (sap) (Entered: 09/25/2012) |
| 09/25/2012 |  | Receipt of Complaint(8-12-08371-reg) [cmp,cmp] ( 293.00) Filing Fee. Receipt number 10505838. Fee amount 293.00. (U.S. Treasury) (Entered: 09/25/2012) |
| 10/02/2012 | 3 (1 pg) | Summons Service Executed on 10/2/12 Filed by Michael G McAuliffe on behalf of Elliot Zaretsky (RE: related document(s)1 Complaint filed by Plaintiff Elliot Zaretsky, 2 Summons and Notice of Pre-Trial Conference (Auto)) (McAuliffe, Michael) Modified on 10/3/2012 (sld). (Entered: 10/02/2012) |
| 10/24/2012 | 4 (25 pgs) | Answer to Complaint Filed by Ahron Berlin (mem) (Entered: 10/24/2012) |
| 11/07/2012 |  | Hearing Held and Adjourned; (related document(s): 2 Summons and Notice of Pre-Trial Conference ) Appearance: Michael McAuliffe & Ahron Berlin: Pre-Trial Conference set for 11/14/2012 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (PRE-TRIAL ORDER TO BE FILED) (mtt) (Entered: 11/07/2012) |
|  |  | Hearing Held and Adjourned; (related document(s): 2 Summons and Notice of Pre-Trial |

| | | |
|---|---|---|
| 11/14/2012 | | Conference ) Appearance : Michael Farina, Michael McAuliffe, Ahron Berlin, Feigel Zaretsky & Interpreter - Patricia Cagliustro: Pre-Trial Conference set for 12/12/2012 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (HOLDING DATE; PRE-TRIAL ORDER TO BE SUBMITTED) (mtt) (Entered: 11/16/2012) |
| 12/04/2012 | 5 (1 pg) | Initial Pre Trial Order. Signed on 12/4/2012 Final Pre-Trial Conference will be held on 4/22/2013 at 09:30 AM at Courtroom 860, United States Bankruptcy Court, Central Islip, New York. In the event a dispositive motion is filed,the Court will adjourn the final pretrial conference to the date of such hearing. At the final pretrial conference, the Court will issue a Final Pretrial Order scheduling the deadline for filing a joint pretrialmemorandum and scheduling a trial date.(Judge Grossman), CI, NY. Discovery due by 3/15/2013. Any dispositive motions shall be filed on or before March 15, 2013 or the relief sought in such motions shall be deemed to have been waived. (sld) (Entered: 12/04/2012) |
| 12/12/2012 | | Adjourned Without Hearing (related document(s): 2 Summons and Notice of Pre-Trial Conference) Pre-Trial Conference set for 04/22/2013 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (mtt) (Entered: 12/12/2012) |
| 04/22/2013 | | Hearing Held and Adjourned; (related document(s): 2 Summons and Notice of Pre-Trial Conference ) Appearance: Michael McAuliffe & Ahron Berlin: Pre-Trial Conference set for 06/03/2013 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (mtt) (Entered: 04/22/2013) |
| 05/30/2013 | 6 (198 pgs; 16 docs) | Motion For Summary Judgment Filed by Michael G McAuliffe on behalf of Elliot Zaretsky. Hearing scheduled for 6/26/2013 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (Attachments: # 1 statement # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit D part 2 # 7 Exhibit E # 8 Exhibit F # 9 Exhibit G # 10 Exhibit H # 11 Exhibit I # 12 Exhibit J # 13 Exhibit K # 14 Memorandum of Law # 15 Affidavit of Service) (McAuliffe, Michael) (Entered: 05/30/2013) |

| | | |
|---|---|---|
| 05/31/2013 | 7<br>(1 pg) | Letter of Adjournment: Hearing rescheduled from June 3, 2013 at 9:30 a.m. to June 26, 2013 at 9:30 a.m. Filed by Michael G McAuliffe on behalf of Elliot Zaretsky (McAuliffe, Michael). Related document(s) 2 Summons and Notice of Pre-Trial Conference (Auto). Modified on 6/3/2013 to add related document. (mtt) (Entered: 05/31/2013) |
| 06/03/2013 | | Adjourned Without Hearing (related document(s): 2 Summons and Notice of Pre-Trial Conference ) Pre-Trial Conference set for 06/26/2013 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (mtt) (Entered: 06/04/2013) |
| 06/05/2013 | 8<br>(13 pgs) | Letter Filed by Ahron Berlin (RE: related document(s)6 Motion for Summary Judgment filed by Plaintiff Elliot Zaretsky) (srm) (Entered: 06/05/2013) |
| 06/11/2013 | 9<br>(2 pgs) | Letter *confirming adjournment, extension of time and deadlines to respond* Filed by Michael G McAuliffe on behalf of Elliot Zaretsky (RE: related document(s)6 Motion for Summary Judgment filed by Plaintiff Elliot Zaretsky) (McAuliffe, Michael) (Entered: 06/11/2013) |
| 06/25/2013 | 10<br>(283 pgs; 6 docs) | Cross Motion For Summary Judgment *in favor of defendant and against plainitffs* Filed by Ahron Berlin (related document(s)6). Hearing scheduled for 7/22/2013 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit) (dmc) (Entered: 07/02/2013) |
| 06/25/2013 | 11<br>(12 pgs) | Memorandum of Law in Support *in opposition to plaintiffs' motion and in support of defendant's motion.* Filed by Ahron Berlin (RE: related document(s)6 Motion for Summary Judgment filed by Plaintiff Elliot Zaretsky, 10 Motion for Summary Judgment filed by Defendant Ahron Berlin) (dmc) (Entered: 07/02/2013) |
| 06/26/2013 | | Adjourned Without Hearing (related document(s): 2 Summons and Notice of Pre-Trial Conference) Pre-Trial Conference set for 07/22/2013 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (mtt) (Entered: 06/26/2013) |

| | | |
|---|---|---|
| 06/26/2013 | | Adjourned Without Hearing (related document(s): 6 Motion for Summary Judgment filed by Elliot Zaretsky) Hearing scheduled for 07/22/2013 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (mtt) (Entered: 06/26/2013) |
| 07/15/2013 | 12 (12 pgs; 3 docs) | Reply *Affirmation in Further Support and in Opposition* Filed by Michael G McAuliffe on behalf of Elliot Zaretsky (RE: related document(s) 6 Motion for Summary Judgment filed by Plaintiff Elliot Zaretsky, 10 Motion for Summary Judgment filed by Defendant Ahron Berlin) (Attachments: # 1 Exhibit A # 2 Affidavit of Service) (McAuliffe, Michael) (Entered: 07/15/2013) |
| 07/18/2013 | 13 (10 pgs) | Response *Memorandum in Support of Defendants' Cross-motion and in Opposition to Plaintiffs' Motion* Filed by Ahron Berlin (RE: related document(s)10 Motion for Summary Judgment filed by Defendant Ahron Berlin, 11 Memorandum of Law in Support filed by Defendant Ahron Berlin) (dhc) (Entered: 07/18/2013) |
| 07/22/2013 | | Hearing Held and Adjourned; (related document(s): 2 Summons and Notice of Pre-Trial Conference) Appearance: Michael McAuliffe & Ahron Berlin: Trial date set for 11/05/2013 at 10:00 AM at Courtroom 860 (Judge Grossman), CI, NY. (mtt) (Entered: 07/22/2013) |
| 07/22/2013 | | Hearing Held; (related document(s): 6 Motion for Summary Judgment filed by Elliot Zaretsky) Appearance: Michael McAuliffe & Ahron Berlin: MOTION DENIED; SUBMIT ORDER. (mtt) (Entered: 07/22/2013) |
| 07/22/2013 | | Hearing Held; (related document(s): 10 Motion for Summary Judgment filed by Ahron Berlin) Appearance: Michael McAuliffe & Ahron Berlin: MOTION DENIED; SUBMIT ORDER. (mtt) (Entered: 07/22/2013) |
| | 14 (3 pgs) | Final Pre-Trial Order. A Trial will be held on 11/5/13 @ 10:00 am in Courtroom 860, United States Bankruptcy Court, CI NY Signed on 7/24/2013 Joint Pre-Trial Memorandum due by |

| | | |
|---|---|---|
| 07/24/2013 | | 10/29/2013. (sld) (Entered: 07/24/2013) |
| 10/21/2013 | 15 (15 pgs; 5 docs) | Proposed Motion to Withdraw as Attorney *for Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky and Maxi Aides, Inc.* Filed by Michael G McAuliffe on behalf of Elliot Zaretsky. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed Order) (McAuliffe, Michael) (Entered: 10/21/2013) |
| 10/22/2013 | 16 (3 pgs; 2 docs) | Order to Show Cause for an Order Relieving the Law Offices of Michael G. McAuliffe, Esq. as Counsel to Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky and Maxi-Aides, Inc. (RE: related document(s)15 Motion to Withdraw as Attorney filed by Plaintiff Elliot Zaretsky). Signed on 10/22/2013. Hearing scheduled for 10/28/2013 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (srm) (Entered: 10/22/2013) |
| 10/22/2013 | 17 (8 pgs) | Affidavit/Certificate of Service Filed by Michael G McAuliffe on behalf of Elliot Zaretsky (RE: related document(s)16 Order to Schedule Hearing (Generic)) (McAuliffe, Michael) (Entered: 10/22/2013) |
| 10/23/2013 | 18 (1 pg) | Response *withdrawing Michael G McAuliffe as attorney* Filed by Elliot Zaretsky (RE: related document(s)16 Order to Schedule Hearing (Generic)) (amh) (Entered: 10/23/2013) |
| 10/24/2013 | 19 (3 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 10/24/2013. (Admin.) (Entered: 10/25/2013) |
| 10/25/2013 | 20 (10 pgs) | Affirmation in Opposition Filed by Ahron Berlin (RE: related document(s)15 Motion to Withdraw as Attorney filed by Plaintiff Elliot Zaretsky, 16 Order to Schedule Hearing (Generic)) (mem) (Entered: 10/25/2013) |
| | | Hearing Held; (related document(s): 16 Order to Schedule Hearing for an Order Relieving the Law Offices of Michael G. McAuliffe, Esq. as Counsel to Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky and Maxi-Aides, Inc. 15 Motion to Withdraw as Attorney by Plaintiff Elliot Zaretsky.) Appearance: Michael McAuliffe, |

| | | |
|---|---|---|
| 10/28/2013 | | Robert Hewitt & Ahron Berlin: MOTION GRANTED; SUBMIT ORDER AND ORAL MOTION TO ADJOURN TRIAL IS DENIED. (mtt) (Entered: 10/28/2013) |
| 10/28/2013 | [21](#) (1 pg) | Notice of Appearance and Request for Notice Filed by Michael A Miranda on behalf of Elliot Zaretsky (Miranda, Michael) (Entered: 10/28/2013) |
| 10/29/2013 | [22](#) (8 pgs) | Joint Pre-Trial Memorandum Filed by Michael A Miranda on behalf of Maxi-Aids, Inc., Shirley Zaretsky, Harold Zaretsky, Elliot Zaretsky (RE: related document(s)[14](#) Pre-Trial Order) (Miranda, Michael) (Entered: 10/29/2013) |
| 10/30/2013 | [23](#) (6 pgs) | Motion Limiting the Scope of Trial in the Instant Adversary Proceeding and Proposed Order to Show Cause filed by Ahron Berlin (cjm) (Entered: 10/30/2013) |
| 10/30/2013 | [24](#) (2 pgs) | Order Granting Motion for Michael G McAuliffe to Withdraw As Attorney for the the Zaretsky Parties. (Related Doc # [15](#)) Signed on 10/30/2013. (sld) (Entered: 10/30/2013) |
| 10/30/2013 | [25](#) (7 pgs) | Defendant's Amended Pre-Trial Memorandum Filed by Ahron Berlin (cjm) (Entered: 10/30/2013) |
| 10/30/2013 | [26](#) (6 pgs) | Pre-Trial Brief by Debtor/Defendant Ahron Berlin Filed by Ahron Berlin (cjm) (Entered: 10/30/2013) |
| 10/30/2013 | [27](#) (1 pg) | Notice of Appearance and Request for Notice Filed by Robert Hewitt on behalf of Maxi-Aids, Inc., Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky (sld) (Entered: 10/30/2013) |
| 10/30/2013 | [28](#) (1 pg) | Certificate of Service Filed by Ahron Berlin (related document(s)[25](#), [26](#)) (cjm) (Entered: 10/30/2013) |
| | [29](#) (1 pg) | Order Denying Motion: The Court declines to schedule the Application on shortened notice. The Application will not be heard on November 5, 2013 and the trial will commence at 10:00 a.m. on |

| | | |
|---|---|---|
| 10/31/2013 | | November 5, 2013 as originally scheduled before the Honorable Robert E. Grossman, Bankruptcy Judge, in Courtroom 860 at the United States Bankruptcy Court located at 290 Federal Plaza, Alfonse M. DAmato Federal Courthouse, Central Islip, NY . (Related Doc # 23) Signed on 10/31/2013. (sld) (Entered: 10/31/2013) |
| 10/31/2013 | 30 (2 pgs; 2 docs) | Court's Service List (RE: related document(s)29 Order (Generic)) (Attachments: # 1 order) (sld) Additional attachment(s) added on 10/31/2013 (sld). (Entered: 10/31/2013) |
| 11/01/2013 | 31 (19 pgs) | Exhibit B-F Filed by Ahron Berlin (RE: related document(s)26 Statement filed by Defendant Ahron Berlin) (amh) (Entered: 11/01/2013) |
| 11/05/2013 | | Hearing Held; (related document(s): 2 Summons and Notice of Pre-Trial Conference) Appearance: Robert Hewitt, Ahron Berlin, Elliot Zaretsky, Feige Zaretsky & Gloria Vargas: RESERVE DECISION. (mtt) (Entered: 11/05/2013) |
| 03/05/2014 | 32 (118 pgs; 4 docs) | Transcript & Notice regarding the hearing held on 11/05/2013. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the Office of the Clerk or may be purchased from the court transcriber. [Please see the courts website for contact information for the Transcription Service Agency]. (RE: related document(s) Hearing Held (Case Owned AP)). Notice of Intent to Request Redaction Due By 03/12/2014. Redaction Request Due By 03/26/2014. Redacted Transcript Submission Due By 04/7/2014. TRANSCRIPT ACCESS WILL BE ELECTRONICALLY RESTRICTED THROUGH 06/3/2014 AND MAY BE VIEWED AT THE OFFICE OF THE CLERK. (Writers Cramp, Inc) Additional attachment(s) added on 3/11/2014 (sld). (Entered: 03/05/2014) |
| 03/08/2014 | 33 (2 pgs) | BNC Certificate of Mailing with Notice of Filing of Official Transcript (AP) Notice Date 03/08/2014. (Admin.) (Entered: 03/09/2014) |
| | 34 (119 pgs; 2 docs) | Court's Service List (RE: related document(s)32 Transcript Court Ordered (All Other Judges)(AP)) |

| Date | Doc | Description |
|---|---|---|
| 03/11/2014 | | (sld) (Entered: 03/11/2014) |
| 03/13/2014 | 35 (119 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 03/13/2014. (Admin.) (Entered: 03/14/2014) |
| 06/19/2014 | 36 (10 pgs) | Decision after Trial that for all of the foregoing reasons, this Court finds that the Plaintiffs have proved that the Debtors actions were willful and malicious within the meaning of 11 U.S.C. § 523(a)(6). Accordingly, the Plaintiffs awards against the Debtor in the amounts set forth in the State Courtjudgment are nondischargeable. The Court shall enter judgment in favor of the Plaintiffs forthwith. (RE: related document(s)1 Complaint filed by Plaintiff Elliot Zaretsky). Signed on 6/19/2014 (sld) (Entered: 06/19/2014) |
| 06/19/2014 | 37 (2 pgs; 2 docs) | Judgment that Pursuant to the Courts Decision After Trial, dated June 19, 2014, JUDGMENT is hereby entered in favor of the Plaintiffs. The full amount of the judgment-debt described in the Decision After Trial is hereby excepted from discharge under 11 U.S.C. § 523(a)(6). (RE: related document(s)36 Decision After Trial for External Web Page). Signed on 6/19/2014 (sld) (Entered: 06/19/2014) |
| 06/21/2014 | 38 (2 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 06/21/2014. (Admin.) (Entered: 06/22/2014) |
| 07/03/2014 | 39 (19 pgs) | Motion to Reconsider , *Alter or Amend Judgment and Decision After Trial dated June 19, 2014* Filed by Ahron Berlin (RE: related document(s)36 Opinion/Decision for External Web Page, 37 Judgment). (mem) (Entered: 07/03/2014) |
| | 40 (2 pgs) | Order to Schedule Hearing. Hearing scheduled for 11/5/2014 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. Movant shall serve a copy of this Order, the Notice of Motion and Motion by regular mail upon the Plaintiffs and counsel to the Plaintiffs on or before September 16, 2014. If objections, if any, to the relief requested in the Motion shall be served upon the Movant and filed with the Court on or before October 29, 2014. Movant shall file an affidavit of service with the |

| | | |
|---|---|---|
| 09/11/2014 | | Court on or before September 22, 2014. (RE: related document(s)39 Motion to Reconsider filed by Defendant Ahron Berlin). Signed on 9/11/2014. (sld) (Entered: 09/11/2014) |
| 09/18/2014 | 41 (1 pg) | Letter Filed by Ahron Berlin (RE: related document(s)40 Order to Schedule Hearing (Generic)) (amh) (Entered: 09/18/2014) |
| 09/22/2014 | 42 (2 pgs) | Affidavit/Certificate of Service Filed by Ahron Berlin (related document(s): 39 Motion to Reconsider filed by Defendant Ahron Berlin, 40 Order to Schedule Hearing (Generic)) (mem) (Entered: 09/22/2014) |
| 10/27/2014 | 43 (2 pgs) | Motion to Withdraw as Attorney Filed by Michael A Miranda on behalf of Maxi-Aids, Inc., Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky. Hearing scheduled for 11/5/2014 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (Miranda, Michael) (Entered: 10/27/2014) |
| 10/27/2014 | 44 (6 pgs; 2 docs) | Declaration re: Filed by Michael A Miranda on behalf of Maxi-Aids, Inc., Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky (RE: related document(s)43 Motion to Withdraw as Attorney filed by Plaintiff Maxi-Aids, Inc., Plaintiff Elliot Zaretsky, Plaintiff Harold Zaretsky, Plaintiff Shirley Zaretsky) (Attachments: # 1 Exhibit) (Miranda, Michael) (Entered: 10/27/2014) |
| 10/29/2014 | 45 (3 pgs) | Notice of Appearance and Request for Notice Filed by Brian J Hufnagel on behalf of Maxi-Aids, Inc., Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky (Hufnagel, Brian) (Entered: 10/29/2014) |
| 10/29/2014 | 46 (169 pgs; 5 docs) | Objection *of the Plaintiffs to Motion of Defendant to Reconsider, Alter or Amend Judgment* Filed by Brian J Hufnagel on behalf of Maxi-Aids, Inc., Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky (RE: related document(s)39 Motion to Reconsider filed by Defendant Ahron Berlin) (Attachments: # 1 Exhibit 1 - Decision after Trial # 2 Exhibit 2 - State Court Judgment # 3 Exhibit 3 - Bankruptcy Court Judgment # 4 Exhibit 4 - Federal Complaint) (Hufnagel, Brian) (Entered: 10/29/2014) |

| Date | Doc # | Description |
|---|---|---|
| 10/30/2014 | 47 (1 pg) | Affidavit/Certificate of Service Filed by Brian J Hufnagel on behalf of Maxi-Aids, Inc., Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky (RE: related document(s)46 Objection filed by Plaintiff Maxi-Aids, Inc., Plaintiff Elliot Zaretsky, Plaintiff Harold Zaretsky, Plaintiff Shirley Zaretsky) (Hufnagel, Brian) (Entered: 10/30/2014) |
| 11/04/2014 | 48 (19 pgs) | Defendants Reply in Support *of motion to reconsider alter or amend Judgement* Filed by Ahron Berlin (RE: related document(s)39 Motion to Reconsider filed by Defendant Ahron Berlin) (amh) Modified on 11/4/2014 (amh). (Entered: 11/04/2014) |
| 11/05/2014 | | Hearing Held; (related document(s): 43 Motion to Withdraw as Attorney filed by Maxi-Aids, Inc., Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky) Appearance : Michael A Miranda, Brian Hufnagel; MOTION GRANTED, SUBMIT ORDER (smarcus) (Entered: 11/05/2014) |
| 11/05/2014 | | Hearing Held; (related document(s): 39 Motion to Reconsider filed by Ahron Berlin, 40 Order to Schedule Hearing (Generic)) Appearances: Ahron Berlin, Brian Hufnagel; MOTION DENIED, PLAINTIFF TO SUBMIT ORDER (smarcus) (Entered: 11/05/2014) |
| 11/07/2014 | 49 (2 pgs) | Order Denying Motion To Reconsider in its entirety. (Related Doc # 39) Signed on 11/7/2014. (sld) (Entered: 11/10/2014) |
| 11/20/2014 | 50 (15 pgs) | Notice of Appeal to District Court. . Fee Amount $298 Filed by Ahron Berlin (RE: related document(s)36 Opinion/Decision for External Web Page, 37 Judgment). Appellant Designation due by 12/4/2014. (mem) (Entered: 11/20/2014) |
| 11/20/2014 | 51 (6 pgs) | Notice of Appeal to District Court. . Fee Amount $298 Filed by Ahron Berlin (RE: related document(s)49 Order on Motion to Reconsider). Appellant Designation due by 12/4/2014. (mem) (Entered: 11/20/2014) |
| 11/20/2014 | | Receipt of Appeal Filing Fee - $298.00. Receipt Number 309838. (MM) (admin) (Entered: 11/20/2014) |

| | | |
|---|---|---|
| 11/20/2014 | | Receipt of Appeal Filing Fee - $298.00. Receipt Number 309838. (MM) (admin) (Entered: 11/20/2014) |
| 11/21/2014 | 52 (2 pgs; 2 docs) | NOTICE NOT GENERATED SEE CORRECTED ENTRY BELOW Notice to Parties of requirements, deadlines (RE: related document(s)50 Notice of Appeal filed by Defendant Ahron Berlin) (sld) Modified on 11/21/2014 (sld). (Entered: 11/21/2014) |
| 11/21/2014 | 53 (2 pgs; 2 docs) | NOTICE NOT GENERATED SEE CORRECTED ENTRY BELOW Court's Service List (RE: related document(s)52 Notice to Parties) (sld) Modified on 11/21/2014 (sld). (Entered: 11/21/2014) |
| 11/21/2014 | 54 (2 pgs; 2 docs) | Notice to Parties of requirements, deadlines (RE: related document(s)51 Notice of Appeal filed by Defendant Ahron Berlin) (sld) (Entered: 11/21/2014) |
| 11/21/2014 | 55 (2 pgs; 2 docs) | Notice to Parties of requirements, deadlines (RE: related document(s)50 Notice of Appeal filed by Defendant Ahron Berlin) (sld) (Entered: 11/21/2014) |
| 11/21/2014 | 56 (1 pg) | Order Granting Motion for Miranda Sambursky to Withdraw As Attorney for the plaintiffs. (Related Doc # 43) Signed on 11/21/2014. (sld) (Entered: 11/21/2014) |
| 11/23/2014 | 57 (2 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 11/23/2014. (Admin.) (Entered: 11/24/2014) |
| 11/23/2014 | 58 (2 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 11/23/2014. (Admin.) (Entered: 11/24/2014) |
| 12/05/2014 | 59 (10 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal & Statement of Issues Filed by Ahron Berlin (RE: related document(s)50 Notice of Appeal filed by Defendant Ahron Berlin). Appellee designation due by 12/19/2014. Transmission of Designation Due by 1/5/2015. (cjm) (Entered: 12/05/2014) |

| | | |
|---|---|---|
| 12/05/2014 | 60 (10 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal & Statement of Issues Filed by Ahron Berlin (RE: related document(s)51 Notice of Appeal filed by Defendant Ahron Berlin). Appellee designation due by 12/19/2014. Transmission of Designation Due by 1/5/2015. (cjm) (Entered: 12/05/2014) |
| 12/05/2014 | 61 (1 pg) | Certificate of Service Filed by Ahron Berlin (related document(s)59 Appellant Designation & Statement of Issues filed by Defendant Ahron Berlin, 60 Appellant Designation & Statement of Issues filed by Defendant Ahron Berlin) (cjm) (Entered: 12/05/2014) |
| | 62 (1 pg) | Transmittal of Record on Appeal to District Court (RE: related document(s)1 Complaint filed by Plaintiff Elliot Zaretsky, 2 Summons and Notice of Pre-Trial Conference (Auto), 3 Affidavit/Certificate of Service filed by Plaintiff Elliot Zaretsky, 4 Answer to Complaint filed by Defendant Ahron Berlin, 6 Motion for Summary Judgment filed by Plaintiff Elliot Zaretsky, 7 Letter of Adjournment filed by Plaintiff Elliot Zaretsky, 8 Letter filed by Defendant Ahron Berlin, 9 Letter filed by Plaintiff Elliot Zaretsky, 10 Motion for Summary Judgment filed by Defendant Ahron Berlin, 11 Memorandum of Law in Support filed by Defendant Ahron Berlin, 12 Reply filed by Plaintiff Elliot Zaretsky, 13 Response filed by Defendant Ahron Berlin, 14 Pre-Trial Order, 15 Motion to Withdraw as Attorney filed by Plaintiff Elliot Zaretsky, 16 Order to Schedule Hearing (Generic), 17 Affidavit/Certificate of Service filed by Plaintiff Elliot Zaretsky, 18 Response filed by Plaintiff Elliot Zaretsky, 20 Affirmation in Opposition filed by Defendant Ahron Berlin, 21 Notice of Appearance filed by Plaintiff Elliot Zaretsky, 22 Joint Pre-Trial Memorandum filed by Plaintiff Maxi-Aids, Inc., Plaintiff Elliot Zaretsky, Plaintiff Harold Zaretsky, Plaintiff Shirley Zaretsky, 25 Joint Pre-Trial Memorandum filed by Defendant Ahron Berlin, 26 Statement filed by Defendant Ahron Berlin, 29 Order (Generic), 30 Court's Certificate of Mailing, 31 Exhibit filed by Defendant Ahron Berlin, 32 Transcript Court Ordered (All Other Judges)(AP), 33 BNC Certificate of Mailing with Notice of Filing of |

| | | |
|---|---|---|
| 01/05/2015 | | Official Transcript (AP), 34 Court's Certificate of Mailing, 36 Opinion/Decision for External Web Page, 37 Judgment, 39 Motion to Reconsider filed by Defendant Ahron Berlin, 40 Order to Schedule Hearing (Generic), 41 Letter filed by Defendant Ahron Berlin, 43 Motion to Withdraw as Attorney filed by Plaintiff Maxi-Aids, Inc., Plaintiff Elliot Zaretsky, Plaintiff Harold Zaretsky, Plaintiff Shirley Zaretsky, 44 Declaration filed by Plaintiff Maxi-Aids, Inc., Plaintiff Elliot Zaretsky, Plaintiff Harold Zaretsky, Plaintiff Shirley Zaretsky, 46 Objection filed by Plaintiff Maxi-Aids, Inc., Plaintiff Elliot Zaretsky, Plaintiff Harold Zaretsky, Plaintiff Shirley Zaretsky, 47 Affidavit/Certificate of Service filed by Plaintiff Maxi-Aids, Inc., Plaintiff Elliot Zaretsky, Plaintiff Harold Zaretsky, Plaintiff Shirley Zaretsky, 48 Affidavit in Support filed by Defendant Ahron Berlin, 49 Order on Motion to Reconsider, 50 Notice of Appeal filed by Defendant Ahron Berlin, 51 Notice of Appeal filed by Defendant Ahron Berlin, 55 Notice to Parties, 59 Appellant Designation & Statement of Issues filed by Defendant Ahron Berlin) (sld) (Entered: 01/05/2015) |
| | 63<br>(1 pg) | Transmittal of Record on Appeal to District Court (RE: related document(s)1 Complaint filed by Plaintiff Elliot Zaretsky, 2 Summons and Notice of Pre-Trial Conference (Auto), 3 Affidavit/Certificate of Service filed by Plaintiff Elliot Zaretsky, 4 Answer to Complaint filed by Defendant Ahron Berlin, 6 Motion for Summary Judgment filed by Plaintiff Elliot Zaretsky, 7 Letter of Adjournment filed by Plaintiff Elliot Zaretsky, 9 Letter filed by Plaintiff Elliot Zaretsky, 10 Motion for Summary Judgment filed by Defendant Ahron Berlin, 11 Memorandum of Law in Support filed by Defendant Ahron Berlin, 12 Reply filed by Plaintiff Elliot Zaretsky, 13 Response filed by Defendant Ahron Berlin, 15 Motion to Withdraw as Attorney filed by Plaintiff Elliot Zaretsky, 16 Order to Schedule Hearing (Generic), 18 Response filed by Plaintiff Elliot Zaretsky, 20 Affirmation in Opposition filed by Defendant Ahron Berlin, 21 Notice of Appearance filed by Plaintiff Elliot Zaretsky, 24 Order on Motion to Withdraw as Attorney, 25 Joint Pre-Trial Memorandum filed by Defendant |

| | | |
|---|---|---|
| 01/05/2015 | | Ahron Berlin, 26 Statement filed by Defendant Ahron Berlin, 27 Notice of Appearance filed by Plaintiff Maxi-Aids, Inc., Plaintiff Elliot Zaretsky, Plaintiff Harold Zaretsky, Plaintiff Shirley Zaretsky, 31 Exhibit filed by Defendant Ahron Berlin, 32 Transcript Court Ordered (All Other Judges)(AP), 33 BNC Certificate of Mailing with Notice of Filing of Official Transcript (AP), 34 Court's Certificate of Mailing, 35 BNC Certificate of Mailing with Application/Notice/Order, 36 Opinion/Decision for External Web Page, 37 Judgment, 39 Motion to Reconsider filed by Defendant Ahron Berlin, 40 Order to Schedule Hearing (Generic), 44 Declaration filed by Plaintiff Maxi-Aids, Inc., Plaintiff Elliot Zaretsky, Plaintiff Harold Zaretsky, Plaintiff Shirley Zaretsky, 46 Objection filed by Plaintiff Maxi-Aids, Inc., Plaintiff Elliot Zaretsky, Plaintiff Harold Zaretsky, Plaintiff Shirley Zaretsky, 47 Affidavit/Certificate of Service filed by Plaintiff Maxi-Aids, Inc., Plaintiff Elliot Zaretsky, Plaintiff Harold Zaretsky, Plaintiff Shirley Zaretsky, 48 Affidavit in Support filed by Defendant Ahron Berlin, 49 Order on Motion to Reconsider, 50 Notice of Appeal filed by Defendant Ahron Berlin, 51 Notice of Appeal filed by Defendant Ahron Berlin, 54 Notice to Parties, 60 Appellant Designation & Statement of Issues filed by Defendant Ahron Berlin, 61 Affidavit/Certificate of Service filed by Defendant Ahron Berlin) (sld) (Entered: 01/05/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/05/2015 14:32:11 | | | |
| **PACER Login:** | ud0815:3426153:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8-12-08371-reg Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |