**UNITED STATES DISTRICT COURT**　　　　**NOTICE OF DOCKETING**
**EASTERN DISTRICT OF NEW YORK**　　　　**BANKRUPTCY APPEAL**

----------------------------------------------------X

Ahron Berlin　　　　　　　　　　　　　**U.S.D.C. Case No.: 15cv14 (JFB)**
**Appellant(s)**
**-v-**

　　　　　　　　　　　　　　　　　　　**U.S. Bankruptcy Court**
Elliot Zaretsky, et al.　　　　　　　　　　**Case No.: 8-12-08371-reg**
**Appellee(s)**

----------------------------------------------------X

In accordance with Rule 8007(b) of the Bankruptcy Rules, notice is hereby given of the docketing on January 14, 2015 of an appeal taken in the above-referenced action from an order, judgment or decree of the Bankruptcy Court entered on or after June 10, 2014.

This proceeding has been assigned to the **HONORABLE Joseph F. Bianco**, United States District Judge. Please indicate the assigned judge and the District Court case number on all papers being submitted to the court. Filing and service of the briefs and appendix are to be accomplished in accordance with Rule 8009 of the Bankruptcy Rules and/or the Individual Judge's Court Rules.

Dated: Central Islip, NY 11722　　　　　　　　DOUGLAS C. PALMER
　　　　January 14, 2015　　　　　　　　　　　　Clerk of the Court


　　　　　　　　　　　　　　　　　　　　/S/ Rosemary Gledhill
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk



Copy mailed to Ahron Berlin
　　　　　　　　1909 New York Ave.
　　　　　　　　Brooklyn, NY 11210