**EXHIBIT K**

```
 1    SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF KINGS : CIVIL TERM : PART 82
 2    ------------------------------------------X
 3    AARON BERLIN, FEIGE ZARETSKY,

 4                            Plaintiffs

 5            - against -              Index No.
                                       25815/10
 6    DAVID WACHOLDER,

 7
                              Defendant
 8    ------------------------------------------X
                                 360 Adams Street
 9                               Brooklyn, New York 11201

10                               August 7, 2014

11    B E F O R E:

12          HONORABLE MIRIAM SUNSHINE

13                            Special Referee

14

15    A P P E A R A N C E S:

16
              AARON BERLIN
17            Pro Se
              1909 New York Avenue
18            Brooklyn, New York  11210

19
              FEIGE ZARETSKY
20            Pro Se
              10 Chestnut Drive
21            Plainview, New York 11830

22
              EDWIN ITHIER, American Sign Language Interpreter
23

24
                    ENIKA BODNAR CSR, RPR
25                  Official Court Reporter
```

Judgment 25815/10

1  THE COURT: After a hearing held before me and based
2  on the credible evidence adduced at trial from the
3  documents submitted and the oral testimony, the Court finds
4  a judgment in favor of plaintiffs, Aaron Berlin and Feige
5  Zaretski against David Wacholder in the sum of $2,250,000
6  plus interest and court costs.
7  That represents $2 million of a judgment that was
8  entered into against them on the advice, the wrong advice,
9  incorrect advice of Mr. Wacholder, and $1,290,000 with
10 interest from November 2, 2009.
11 Additionally, it was $90,000 that was paid to date in
12 attorney's fees which Mr. Wacholder is not an attorney.
13 And in addition, there was $50,000 already spent to remove
14 that judgment from her home. And in addition, there are
15 other fees that are going to be incurred, therefore, the
16 Court finds a $2,250,000 judgment.
17 Off the record.
18 (Whereupon a discussion is held off the record)
19 * * * * *
20
21 Certified to be a true and accurate record of the
22 proceedings herein.
23
24 _____
25 ENIKA BODNAR, CSR, RPR
   Official Court Reporter