**EXHIBIT P**

No documents enclosed in Exhibit "P"