UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
----------------------------------------------------------------X  
AHRON BERLIN,                                                          JUDGMENT  

                        Appellant-Debtor,                          15-CV-14 (JMA)  
    -against-                                                                     15-CV-15 (JMA)  

ELLIOT ZARETSKY, HAROLD ZARETSKY,  
SHIRLEY SARETSKY, AND MAXI-AIDS,  
INC.,  
                        Appellees.  
----------------------------------------------------------------X  

        An Order of the Honorable Joan M. Azrack, United States District Judge, having been filed on September 30, 2015, affirming the Bankruptcy Court's decision and order denying reconsideration; it is

        ORDERED and ADJUDGED that the Bankruptcy Court's decision and order denying reconsideration are affirmed; and that Judgment is entered in favor of Appellees.

Dated: Brooklyn, New York                                   Douglas C. Palmer  
        September 30, 2015                                           Clerk of Court

                                                            By:    */s/ Brenna B. Mahoney*  
                                                                     Brenna B. Mahoney  
                                                                     Chief Deputy for  
                                                                     Court Operations