IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N.Y

★  DEC 2 8 2015

BROOKLYN OFFICE

Filing Fee
Received on
12/28/2015

CV-15-14

&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653096385
Cashier ID: dafrani
Transaction Date: 12/28/2015
Payer Name: AHRON BERLIN
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: AHRON BERLIN
 Case/Party: D-NYE-1-15-CV-000014-001
 Amount:       $505.00
-----------------------------------
CASH
 Amt Tendered:  $505.00
-----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00